UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
(MONROE DIVISION)

| | |
|---|---|
| MICHAEL BARBREE and GLEN WALKER, Derivatively on Behalf of CENTURYLINK, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MARTHA H. BEJAR, VIRGINIA BOULET, PETER C. BROWN, W. BRUCE HANKS, MARY L. LANDRIEU, HARVEY P. PERRY, GLEN F. POST, III, MICHAEL J. ROBERTS, and LAURIE A. SIEGEL, <br><br> Defendants, <br><br> and, <br><br> CENTURYLINK, INC., <br><br> Nominal Defendant. | Index No: 3:17-cv-01177 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(i)

**PLEASE TAKE NOTICE** that Plaintiffs Michael Barbree and Glen Walker file this notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment, nor has the complaint been served on any of the defendants. No compensation has been rendered to Plaintiffs in return for this dismissal. Plaintiffs have not previously dismissed an action based on or including the same claims as presented in this instant action.

Dated: September 22, 2017

                                **PENDLEY, BAUDIN & COFFIN**

                                By: _____
                                Patrick W. Pendley
                                P.O. Drawer 71
                                24110 Eden Street
                                Plaquemine, LA 70765
                                Telephone: (888) 725-2477
                                Facsimile: (225) 687-6398
                                Email: pwpendley@pbclawfirm.com

                                **GAINEY McKENNA & EGLESTON**
                                Thomas J. McKenna
                                Gregory M. Egleston
                                440 Park Avenue South
                                New York, NY  10016
                                Telephone: (212) 983-1300
                                Facsimile: (212) 983-0383
                                Email: tjmckenna@gme-law.com
                                Email: gegleston@gme-law.com

                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/ *Patrick W. Pendley*
Patrick W. Pendley