UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MICHAEL BARBEE, ET AL.** | **CIVIL ACTION NO. 17-1177** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MARTHA H. BEJAR, ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

Upon Consideration,

IT IS ORDERED, ADJUDGED, AND DECREED that the Notice of Voluntary Dismissal [Doc. No. 3], filed by Plaintiffs Michael Barbree and Glen Walker, is GRANTED, and any and all claims and causes of action asserted by Plaintiffs against Defendants are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that, under Federal Rule of Civil Procedure 23.1(c), Plaintiffs must provide written notice of the voluntary dismissal to shareholders.

Monroe, Louisiana, this 26th day of September, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE